**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile:  (214) 871-2111
jbergh@qslwm.com
**COUNSEL FOR TRANS UNION LLC**

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DOLORMYLENE C. PINOLIAR,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE and TRANSUNION, LLC,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00698-APG-VCF<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　Plaintiff Dolormylene C. Pinoliar ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

　　　On April 17, 2020, Plaintiff filed her Complaint.  The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is May 14, 2020.  The allegations in Plaintiff's Complaint date back to November 2018.  Trans Union's counsel continues to review the allegations of the Complaint and requires additional time to respond to the same in a meaningful fashion.  Trans Union further seeks this extension because of the challenges experienced due to Covid-19 in hampering the ability to appropriately respond to the Complaint. Trans Union requires additional time to locate and assemble the documents relating to Plaintiff's allegations, any disputes Plaintiff submitted to Trans Union, and Trans Union's investigation of

1

4143413.1

any such disputes. Further, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including June 4, 2020. This is the first motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 12th day of May 2020.

/s/ David H. Krieger
**DAVID H. KRIEGER**
dkrieger@kriegerlawgroup.com
Krieger Law Group, LLC
2850 W. Horizon Ridge Blvd., Suite 200
Henderson, NV 89052
(702) 848-3855
and
Matthew I Knepper
Matthew.knepper@knepperclark.com
Miles N. Clark
miles.clark@knepperclark.com
Knepper & Clark LLC
5510 So. Fort Apache Rd., Suite 30
Las Vegas, NV 89148
(702) 856-7430
(702) 447-8048 Fax
***Counsel for Plaintiff***

/s/ Jennifer Bergh
**JENNIFER BERGH**
jbergh@qslwm.com
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
2001 Bryan St., Suite 1800
Dallas, TX 75201
(214) 560-5460
(214) 871-2111 Fax
***Counsel for Trans Union LLC***

**IT IS SO ORDERED.**

_____
**HONORABLE CAM FERENBACH**
UNITED STATE MAIGSTRATE JUDGE

Dated this 13th day of May, 2020

2

4143413.1