Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOLORMYLENE C. PINOLIAR,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE; and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:20-cv-00698-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AND MOTION TO STAY CASE**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: April 17, 2020 |

Plaintiff Dolormylene C. Pinoliar ("Plaintiff"), by and through her counsel of record, and Defendant Wells Fargo Bank, N.A., sued as Wells Fargo Home Mortgage ("Wells Fargo") have agreed and stipulated to the following:

1. On April 17, 2020, Plaintiff filed a Complaint [ECF Dkt. 1].

2. On May 13, 2020, Wells Fargo filed a Motion to Dismiss the Complaint [ECF Dkt.13].

3. On May 13, 2020, Wells Fargo also filed a Motion to Stay Case pending a determination on Wells Fargo's Motion to Dismiss [ECF Dkt. 15].

4. Plaintiff's Responses to both Motions are due May 27, 2020.

5. Wells Fargo's Replies will be due on June 18, 2020.

6. Plaintiff and Wells Fargo have agreed to extend Plaintiff's response twelve days (12) to run on June 8, 2020, to provide Plaintiff's counsel additional time to compensate for several overlapping deadlines and the challenges of managing children at home during the ongoing Coronavirus lockdown. The parties have also agreed that Wells Fargo's deadline to file replies in support of their motions to dismiss and to stay the case shall be due on June 18, 2020. The parties are also engaging in settlement discussions, and resolution without burdening the Court with potentially unnecessary briefing aids in judicial economy.

7. Accordingly, the parties request this Court to extend Plaintiff's deadline to respond to Wells Fargo's Motion to Dismiss Complaint and Motion to Stay Case until **June 8, 2020** and to extend the date for Wells Fargo to file their Replies until **June 18, 2020**.

//

//

//

//

//

//

//

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 3

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose

**IT IS SO STIPULATED.**
Dated May 27, 2020

| **KNEPPER & CLARK LLC** | **SNELL & WILMER LLP** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Kiah D. Beverly-Graham* |
| Matthew I. Knepper, Esq., SBN 12796 | Kelly H. Dove, Esq., SBN 10569 |
| Miles N. Clark, Esq., SBN 13848 | Kiah D. Beverly-Graham, Esq., SBN 11916 |
| 5510 So. Fort Apache Rd, Suite 30 | Email: kdove@swlaw.com |
| Las Vegas, NV 89148 | Email: kbeverly@swlaw.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | *Counsel for Defendant* |
| | *Wells Fargo Bank, N.A., sued as Wells Fargo Home Mortgage* |
| **KRIEGER LAW GROUP, LLC** | |
| David H. Krieger, Esq., SBN 9086 | |
| Shawn W. Miller, Esq., SBN 7825 | |
| 2850 W. Horizon Ridge Parkway, Suite 200 | |
| Henderson, NV 89052 | |
| Email: dkrieger@kriegerlawgroup.com | |
| Email: smiller@kriegerlawgroup.com | |
| | |
| *Counsel for Plaintiff* | |

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS COMPLAINT AND MOTION TO STAY CASE AND FOR DEFENDANT TO FILE THEIR REPLIES IN SUPPORT OF MOTIONS**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: May 28, 2020.

*Pinoliar v. Wells Fargo Home Mortgage et al*
*CASE #: 2:20-cv-00698-APG-VCF*

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430